IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMONTE ALLGOOD,

    Plaintiff,

v.

DEBRA HERT, DREW WEYCKER
AND KYLE PEOTTER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-775-bbc

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                          11/27/2018

Peter Oppeneer, Clerk of Court                  Date